UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**ARTISAN AND TRUCKERS CASUALTY COMPANY,**

And

**PERRY L. SIMONIS,**

       Plaintiffs,

v.                                                Case No. 13-CV-0706

**STATE FARM MUTUAL INSURANCE COMPANY,**

       Defendant.

---

### STIPULATION TO DISMISS WITHOUT PREJUDICE

---

IT IS HEREBY STIPULATED by and between the parties above-named by their respective attorneys that the court lacks jurisdiction due to the absence of diversity and stipulates to the dismissal of the suit without prejudice.

Dated this 18th day of November, 2013.

                                              GABERT, WILLIAMS, KONZ & LAWRYNK, LLP

                                              By: _s/ Erik Fuehrer_____
                                                    Erik Fuehrer, #1068165
                                                    Attorneys for Defendant,
                                                    State Farm Mutual Insurance Company

Dated this 18th day of November, 2013.

                                              HOSTAK, HENZL & BICHLER, S.C.

                                              By: _s/ Thomas M. Devine_____
                                                    Thomas M. Devine, #1017536
                                                    Attorneys for Plaintiff,
                                                    Artisan and Truckers Casualty Company